STATE OF NEW JERSEY v. ERWIN RANDOLPH SCOTT.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JAY KLOSS, III.

May 30, 1989.

Petition for certification denied.

RONALD TELEPO v. WILLIAM FAUVER, ET AL.

May 30, 1989.

Petition for certification denied.